UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x Civil Action No.: CV-05-743 (JG)(KAM)

UNITED STATES OF AMERICA,

        Plaintiff,

- against-

ALEX LIGGINS,

        Defendant.

------------------------------------------------------------x

FILED
U.S. ... E.D.N.Y.
★ SEPT 29 2005 ★
BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Alex Liggins failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Alex Liggins:

**Claim No. C99-19180W:**

| | |
|---|---|
| Principal Balance: | $313.00 |
| Total Interest Accrued: | $135.00 |
| Filing and Service of Process: | $290.00 |
| Subtotal Owed: | $738.00 |
| Interest Rate: | 8.000% |

**Claim No. C99-19181W**

| | |
|---|---|
| Principal Balance: | $1,605.93 |
| Total Interest Accrued at 8.000%: | $2,034.89 |
| Filing and Service of Process: | $.00 |
| Subtotal: | $3,640.82 |
| Attorney's Fees: | $ 875.76 |
| Total Owed: | $4,516.58 |

Grand Total of All Claims: ~~$4378.82~~ $4516.58



Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
           , 2005

9-21-05

s/John Gleeson
_____
John Gleeson
United States District Judge